UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DELMONT BLACK,<br><br>　　　　　　Defendant. | No. 2:14-CR-023-RMP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the Court is Defendant's Motion for Reconsideration, ECF No. 49, of the Order Denying Motion for Furlough, ECF No. 48.

Defendant's Motion for Reconsideration proffers no information that is new or material to the furlough request, and offers no explanation for not timely responding to the Court's Order directing additional briefing filed June 30, 2014. Accordingly, the Motion, **ECF No. 49,** is **DENIED.**

**IT IS SO ORDERED.**

DATED July 9, 2014.



　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　JOHN T. RODGERS
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER  - 1